**Clark Hill**

Regina E. Faul
T (646) 395-8588
Email:rfaul@clarkhill.com

Clark Hill
1180 Avenue of the Americas
19th Floor, Suite 1910
New York, NY 10036
T (646) 395-8580

June 2, 2026

**VIA ECF**
Magistrate Judge Stewart D. Aaron
500 Pearl Street, Room 1970
New York, New York 10007

Application GRANTED. The settlement conference scheduled for June 11, 2026 is adjourned until June 25, 2026 at 10:00 a.m. The conference shall proceed via Microsoft Teams. The parties shall send their pre-settlement conference letters no later than June 18, 2026. SO ORDERED.
Dated: June 2, 2026

> Re:    *Pinto v. Ford*
>        *Case No. 1:26-cv-00699-JPO*

Dear Magistrate Judge Aaron:

This Firm represents Defendant Pamela Ford in this matter. A settlement conference is currently scheduled for Thursday, June 11, 2026.

Due to an unforeseen scheduling conflict in a separate matter on that date, I respectfully request that the settlement conference be adjourned to a later date in June 2026. This is the first request of this nature and Plaintiff's counsel consents to this request.

All parties and counsel are available to participate in the settlement conference on June 25, 2026, subject to the Court's availability.

Respectfully submitted,

CLARK HILL

s/ Regina E. Faul

Regina E. Faul

clarkhill.com