**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Luz Pinto,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Pamela Ford,**<br><br>**Defendant.** | **1:26-cv-00699 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than September 8, 2026, the parties shall file a joint letter or motion for settlement approval addressing whether the settlement is fair and reasonable in light of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (*See* Order, ECF No. 21; *see also* Letter, ECF No. 23.)

The joint letter or motion should address the claims and defenses, the defendant's potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendant's defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s).

Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

**SO ORDERED.**

DATED: New York, New York
August 25, 2026

Stewart D. Aaron

STEWART D. AARON
United States Magistrate Judge