**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Luz Pinto,**

**Plaintiff,**

**-against-**

**Pamela Ford,**

**Defendant.**

**1:26-cv-00699 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the motion filed by Clark Hill PLC ("Clark Hill") to withdraw as counsel for Defendant in this action. (*See* First Motion, ECF No. 33.) Having reviewed the motion, it is hereby ORDERED as follows:

1. No later than Tuesday, November 17, 2026, Clark Hill shall serve a copy of this Order on Defendant and file proof of service on the ECF docket.
2. No later than December 1, 2026, Defendant shall provide any response to the motion to her current counsel who promptly shall file it on the ECF docket.
3. Plaintiff shall file any response to the motion no later than December 1, 2026.
4. Clark Hill shall file any reply in support of its motion no later than December 8, 2026.

**SO ORDERED.**

DATED: New York, New York
November 12, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge